UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YEHUDAH MILCHAMOT,

                Petitioner,                25 **CIVIL** 2979 (LTS)

   -against-                            <u>**JUDGMENT**</u>

WARDEN OF O.B.C.C.,

                Respondent.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 27, 2025, Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2254 is denied without prejudice. The Court declines to construe the petition as brought under 28 U.S.C. § 2241. The warning issued in Milchamot v. Chief Bronx Dist. Attorney, No. 25-CV-1157 (JPC) (S.D.N.Y. Apr. 1, 2025) remains in effect. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**DATED:** New York, New York
            May 28, 2025

                                              **TAMMI M. HELLWIG**
                                              **Clerk of Court**
                        **BY:**
                                              **Deputy Clerk**